**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 56 MAL 2023

Respondent     :

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

v.     :

MICHAEL BOZIER,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.